# EXHIBIT 1 to the Complaint

## US Design Patent: D1,099,404 S

US0D1099404S

(12) **United States Design Patent**
**Zhou**

(10) **Patent No.: US D1,099,404 S**
(45) **Date of Patent: ** Oct. 21, 2025**

(54) **CANDLE WARMER LAMP**

(71) Applicant: **Haihua Zhou**, Fujian (CN)

(72) Inventor: **Haihua Zhou**, Fujian (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/961,728**

**(22) Filed: Sep. 6, 2024**

(30) **Foreign Application Priority Data**

Jan. 10, 2024 (CN) ......................... 202430014778.2

(51) **LOC (15) Cl.** ............................................. **26-05**

(52) **U.S. Cl.**
USPC ........................................ **D26/107**; D26/10

(58) **Field of Classification Search**
USPC ... D26/2, 10, 22, 24, 51, 61, 62, 63, 65, 93, D26/96, 104, 107
CPC .... F21S 6/00; F21S 6/001; F21S 6/002; F21S 6/003; F21S 6/006; F21S 13/12; F21W 2131/00; F21W 2131/30; F21W 2131/301; F21V 3/00; F21V 3/02; F21V 3/061; F21V 3/0615; F21V 3/0625; F21V 1/20; F21V 1/24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D997,438 S * 8/2023 Ye ................................. D26/10
D1,005,559 S * 11/2023 Zhou ............................... D26/9
D1,006,263 S * 11/2023 Luo ............................... D26/10
D1,013,932 S 2/2024 Li
D1,017,872 S 3/2024 Lu
D1,017,877 S 3/2024 Ye
D1,027,271 S 5/2024 Han
D1,028,331 S 5/2024 Liu
D1,032,920 S 6/2024 Liu
D1,040,409 S * 8/2024 Yu ................................. D26/10
D1,041,065 S * 9/2024 Wang ........................... D26/107
D1,041,066 S * 9/2024 Tian ............................ D26/108
D1,041,067 S 9/2024 Zhou
D1,047,258 S * 10/2024 Liang ............................ D26/93
D1,055,361 S * 12/2024 Peng ........................... D26/107
D1,055,364 S * 12/2024 Liu ................................ D26/10
D1,056,313 S * 12/2024 Li ................................. D26/10
D1,056,316 S * 12/2024 Liu ................................ D26/10
D1,058,034 S * 1/2025 Yi ............................... D26/133
(Continued)

OTHER PUBLICATIONS

Lightess Candle Warmer Lamp; Retrieved from www.amazon.com at https://www.amazon.com/Lightess-Electric-Adjustable-Scented-Bedroom/dp/B0C993ZM4R; Retrieved on Jul. 7, 2025; First available on Jun. 25, 2023 (Year: 2023).*
(Continued)

*Primary Examiner* — Clint A Samuel

(57) **CLAIM**

The ornamental design for a candle warmer lamp, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a candle warmer lamp, showing my new design.
FIG. **2** is a bottom perspective view thereof.
FIG. **3** is a front view thereof.
FIG. **4** is a rear view thereof.
FIG. **5** is a left side view thereof.
FIG. **6** is a right side view thereof.
FIG. **7** is a top view thereof.
FIG. **8** is a bottom view thereof; and,
FIG. **9** is an enlarged detail view of area **9** in FIG. **1**.
The broken lines in the drawings illustrate the portions of the candle warmer lamp, which form no part of the claimed design. The broken lines in FIGS. **1** and **9** are for the purpose of illustrating the enlarged view indicators and form no part of the claimed design.

**1 Claim, 9 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D1,058,916 S | * | 1/2025 | Ma | D26/107 |
| D1,064,332 S | * | 2/2025 | Gong | D26/10 |
| D1,073,175 S | * | 4/2025 | Shi | D26/127 |
| D1,075,126 S | * | 5/2025 | Liang | D26/93 |
| D1,075,127 S | * | 5/2025 | Yu | D26/107 |
| D1,076,202 S | * | 5/2025 | Liang | D26/9 |
| D1,078,144 S | * | 6/2025 | Bai | D26/107 |
| D1,079,070 S | * | 6/2025 | Gong | D26/107 |

OTHER PUBLICATIONS

Shering Candle Warmer Lamp with Timer; Retrieved from www.amazon.com at https://www.amazon.com/dp/B0F1XHRMVH; Retrieved on Jul. 7, 2025; First available on Apr. 18, 2025 (Year: 2025).*

* cited by examiner




FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9